**Opinion filed February 12, 2026**



### In The

# Eleventh Court of Appeals

_____

## No. 11-25-00228-CV

_____

## ZACHERY ALBERT MAY, Appellant

## V.

## DARBI GIBSON, Appellee

**On Appeal from the 318th District Court**
**Midland County, Texas**
**Trial Court Cause No. DFM-25-00529**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's protective order. Appellant has filed a motion to dismiss the appeal, stating that he "no longer desires to continue his appeal because the Trial Court has vacated the judgment in this matter." A file-marked copy of the trial court's order vacating the protective order is attached to the motion.

Pursuant to his request, we grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

W. STACY TROTTER

JUSTICE

February 12, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.